UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

IN RE: CASE REASSIGNMENTS )
)
)
)
)
)
)
)
)

ORDER

Pursuant to 28 U.S.C. § 137, the following civil actions are hereby **REASSIGNED** as follows:

The following cases are **REASSIGNED** to the Honorable Curtis L. Collier, United States District Judge.

| Case No. | Case Name |
| --- | --- |
| 1:17-cv-108 | Bass et al v. Bobo Transportation, Inc. et al |
| 1:18-cv-193 | Teasley v. CSX Transportation, Inc. et al |
| 1:19-cv-49 | Baldschun v. CABB North America, Inc. et al |
| 1:19-cv-120 | Hixon v. Tennessee Valley Authority Board of Directors |
| 1:19-cv-279 | Shuford v. Johnson & Johnson et al |
| 1:19-cv-347 | Palmer v. Resolute FP US Inc. |
| 1:20-cv-180 | Webb v. Davis et al |
| 1:20-cv-226 | Reyna v. Unum Life Insurance Company of America |
| 1:20-cv-268 | Cook v. Life Insurance Company of North America |
| 3:16-cv-122 | Jordan v. Blount County et al |
| 3:17-cv-313 | Adams et al v. Blount County et al |
| 3:18-cv-132 | McKevitz v. Silver City Resources Inc. |
| 3:18-cv-434 | HealthStar, LLC et al v. Dynamic Vision, Inc. et al |
| 3:18-cv-517 | Mayes v. Underwood et al |
| 3:19-cv-50 | Miller v. Jefferson County, Tennessee et al |

| 3:19-cv-99 | Progressive Hawaii Insurance Corporation v. Watson et al |
|---|---|
| 3:19-cv-162 | Winstead et al v. Brookhaven Retreat, LLC et al |
| 3:19-cv-182 | Ellison v. Ellis et al |
| 3:19-cv-277 | Fullriver Battery Manufacture Co., Ltd. et al v. Systematic Power Solutions, LLC |
| 3:19-cv-316 | Lambert v. Perdue |
| 3:19-cv-344 | Davis Brothers Roofing & Sheet Metal Fabricators v. Auto-Owners Insurance Co. |
| 3:19-cv-409 | Goodale v. Elavon, Inc. |
| 3:19-cv-463 | Marullo et al v. State Farm Mutual Auto Insurance Company et al |
| 3:19-cv-513 | Avery v. Herschend Family Entertainment Corporation et al |
| 3:20-cv-20 | United States of America v. $34,727.93 U.S. Currency |

The following cases are **REASSIGNED** to the Honorable J. Ronnie Greer, United States District Judge.

| Case No. | Case Name |
|---|---|
| 2:17-cv-219 | Mumpower et al v. Gheleniuc et al |
| 2:18-cv-85 | Campbell v. Knipper et al |
| 2:19-cv-108 | Northland Insurance Company v. Gogu Trucking Express Corporation et al |
| 2:19-cv-153 | Jones v. Winter et al |
| 2:19-cv-192 | Nationwide General Insurance Company v. Caudill et al |
| 2:20-cv-28 | Cumbow v. Sam's East Inc. |
| 2:20-cv-62 | Cody v. Hopper |
| 2:20-cv-152 | Bunch et al v. RHA Health Services et al |
| 3:16-cv-317 | Hodge v. Blount County et al |
| 3:18-cv-307 | Ball v. Larsen-Ball |
| 3:18-cv-463 | Russell v. Grubb & Associates et al |
| 3:19-cv-4 | Smokeys Hotel Management Inc. v. Endurance American Specialty Insurance Company |
| 3:19-cv-118 | Macisaac v. State Farm Fire and Casualty Company |
| 3:19-cv-173 | Foust v. Comcast Cable Communications, LLC |
| 3:19-cv-217 | Miller v. Knox County et al |
| 3:19-cv-284 | Butturini v. Equifax Information Services LLC et al |
| 3:19-cv-330 | Mohanty et al v. Wiegand Sports, LLC et al |
| 3:19-cv-379 | Vertical Yield, LLC et al v. CoherentRx, Inc. |
| 3:19-cv-418 | Fredrick v. Central Florida Investments, Inc. et al |
| 3:19-cv-495 | Egger v. Piedmont Airlines, Inc. et al |
| 3:19-cv-523 | Riggs Drug Company, Inc et al v. Owners Insurance Company |

| 3:20-cv-50 | Masters v. Republic Finance et al |
|---|---|
| 3:20-cv-80 | Lanham v. Walt Disney Co. and Affliates et al |
| 3:20-cv-124 | Kennedy v. Life Insurance Company of North America |
| 3:20-cv-182 | Doe v. Loudon County Board of Education et al |
| 3:20-cv-209 | Hensley v. Einalem LLC |
| 3:20-cv-229 | Hubbard v. CVG National Seating Company, LLC |
| 3:20-cv-258 | Oliver v. Knox County Sheriff's Department, et al |
| 3:20-cv-285 | Alpine Investors IV SBIC LP et al v. Smith et al |

The following cases are **REASSIGNED** to the Honorable Clifton L. Corker, United States District Judge.

| Case No. | Case Name |
|---|---|
| 2:17-cv-220 | Roadside Protect, Inc. v. Allied Dispatch Solutions, LLC et al |
| 2:18-cv-1 | Henson v. Eher et al |
| 2:18-cv-221 | Charlton v. Wal-Mart Stores East, LP |
| 2:19-cv-73 | Jones v. Hawkins County, TN et al |
| 2:19-cv-105 | Acosta v. East Tennessee Hematology-Oncology Associates, P.C. |
| 2:19-cv-129 | Hicks v. Lowe's Home Centers, LLC |
| 2:19-cv-148 | Upchurch v. Mutual of Omaha Insurance Company |
| 2:19-cv-149 | Upchurch et al v. National Rifle Association et al |
| 2:19-cv-171 | Aistrop v. Contour Mortgage Corporation et al |
| 2:19-cv-179 | Roach v. State of Tennessee et al |
| 2:19-cv-186 | Stallsmith v. Zurich American Insurance Company |
| 2:19-cv-213 | Trotter et al v. Walmart Stores East, LP |
| 2:19-cv-229 | Carden v. Wilkie |
| 2:19-cv-231 | Collier et al v. Stabus et al |
| 2:20-cv-30 | Johnson City Energy Authority v. United Telephone Southeast, LLC |
| 2:20-cv-32 | Houseright v. United States of America |
| 2:20-cv-39 | Odom v. Social Security Administration, Commissioner of |
| 2:20-cv-60 | Mabry v. FFE Transportation Services, Inc. et al |
| 2:20-cv-84 | Allen v. Medley |
| 2:20-cv-119 | Morelock v. Social Security Administration, Commissioner of |
| 2:20-cv-121 | Tate v. FFE Transportation Services, Inc. et al |
| 2:20-cv-123 | Morelock v. The Prudential Insurance Company of America et al |
| 2:20-cv-146 | Teamer v. Social Security Administration, Commissioner of |
| 2:20-cv-150 | Hall v. Social Security Administration, Commissioner of |
| 2:20-cv-158 | Burris et al v. Charter Foods, Inc. et al |

| | |
|---|---|
| 2:20-cv-159 | Davis et al v. Charter Foods, Inc. et al |
| 2:20-cv-163 | McClellan v. Social Security Administration, Commissioner of |
| 2:20-cv-164 | Peterson v. State Farm Fire and Casualty Company |
| 3:12-cv-380 | Tennessee Valley Financial Holdings, Inc. et al v. BancInsure, Inc. |
| 3:17-cv-536 | Boatman v. Comcast of the South, L.P. |
| 3:18-cv-349 | Sawyer et al v. DDRTC Turkey Creek, LLC et al |
| 3:18-cv-498 | The Windy Oaks Condominium Association v. Owners Insurance Company |
| 3:19-cv-18 | Riddle v. Nyrstar Tennessee Mines-Strawberry Plains LLC |
| 3:19-cv-73 | Federal Engineers & Constructors, Inc. v. Relyant Global LLC et al |
| 3:19-cv-135 | Autran v. The Procter & Gamble Health and Long-Term Disability Allowance Plan |
| 3:19-cv-177 | Douglas v. United States |
| 3:19-cv-269 | Ball Homes, LLC v. Old Republic National Title Insurance Company |
| 3:19-cv-289 | Nationwide Mutual Fire Insurance Company v. Ragone et al |
| 3:19-cv-333 | Regal Cinemas, Inc. v. VIP Cinema, LLC |
| 3:19-cv-393 | Hyde v. Vital Recovery Services, LLC |
| 3:19-cv-436 | Adenekan et al v. Clinical Resources, LLC et al |
| 3:19-cv-500 | Delsordo et al v. Bluegreen Vacations Unlimited, Inc. |
| 3:20-cv-14 | Asher v. C & C of Sevier, Inc. |
| 3:20-cv-19 | Berg v. Knox County, Tennessee et al |
| 3:20-cv-59 | Sykes v. Bluegreen Vacations Unlimited, Inc. et al |
| 3:20-cv-69 | Mashek v. Cerny |
| 3:20-cv-103 | Johnston v. Rausch |
| 3:20-cv-104 | Roseberry v. Prudential Insurance Company of America |
| 3:20-cv-155 | Hart v. HCFS Health Care Financial Services, LLC |
| 3:20-cv-160 | Moore et al v. Safeco Insurance Company of Illinois |
| 3:20-cv-184 | Page v. ReNuke Services, Inc. |
| 3:20-cv-188 | Jordan et al v. Allstate Vehicle and Property Insurance Company |
| 3:20-cv-210 | Calhoun v. Walgreens Co. et al |
| 3:20-cv-215 | Johnson v. Social Security Administration, Commissioner of |
| 3:20-cv-225 | Burgess v. Bang Bang Motorsports, Inc. |
| 3:20-cv-238 | JB&B Capital, LLC v. SF Contracting, LLC et al |
| 3:20-cv-240 | S. v. Knox County, Tennessee |
| 3:20-cv-259 | JB&B Capital, LLC v. Rosende et al |
| 3:20-cv-261 | Jenkins v. Singh et al |
| 3:20-cv-286 | Hicks v. Developers Surety & Indemnity Co. |
| 3:20-cv-289 | Dey v. Subaru of North America, Inc. |
| 3:20-cv-306 | Fairchild v. Social Security Administration, Commissioner of |
| 3:20-cv-376 | Ingram v. ADT LLC |
| 3:20-cv-379 | United States of America et al v. American Zinc Recycling Corp. |

| | |
|---|---|
| 3:20-cv-380 | Shampine v. US Foods, Inc. |
| 3:20-cv-390 | Payne v. Commissioner of Social Security |
| 3:20-cv-393 | Klein et. al. v. Pronova Solutions, LLC, et. al. |
| 3:20-cv-397 | Hyde et al v. Rigdon et al |

The following cases are **REASSIGNED** to the Honorable R. Leon Jordan, United States District Judge.

| Case No. | Case Name |
|---|---|
| 1:20-cv-230 | Clevenger v. Centurion et al |
| 2:15-cv-174 | Bey v. Tennessee Department of Correction et al |
| 2:17-cv-115 | Fields v. Holloway |
| 2:18-cv-94 | Hearing v. Lindamood |
| 2:18-cv-147 | Allen v. Lindamood |
| 2:18-cv-168 | Joey Lee Shetley v. United States of America |
| 2:18-cv-180 | Michael Edward Dugger v. United States of America |
| 2:18-cv-223 | Cassandra Dorene Dapson v. United States of America |
| 2:19-cv-62 | Aleshia Hope Stuart v. United States of America |
| 2:19-cv-90 | Blevins v. Crowell |
| 2:19-cv-128 | Malcolm Sanchez Simmons v. United States of America |
| 2:19-cv-00152 | Hughes v. Washburn |
| 2:19-cv-159 | Chad Allen Dorton v. United States of America |
| 2:20-cv-116 | Amarite v. Greene County, Tennessee et al |
| 2:20-cv-117 | Hockett v. Washington County, TN et al |
| 3:14-cv-299 | Darryl Lamont Davis v. United States of America |
| 3:14-cv-414 | Stephenson v. Mays |
| 3:17-cv-497 | Stephenson v. Inglis et al |
| 3:18-cv-62 | Phillips v. Washburn |
| 3:18-cv-155 | Shaw v. Parris et al |
| 3:18-cv-230 | Cedric Moore v. United States of America |
| 3:18-cv-504 | Walter John Meachum III v. United States of America |
| 3:19-cv-31 | Fritts v. Perry |
| 3:19-cv-57 | Robert L. Rose v. United States of America |
| 3:19-cv-66 | Smith v. Minter |
| 3:19-cv-156 | Maximino Contreras v. United States of America |
| 3:19-cv-167 | Pritchard v. Smith |
| 3:19-cv-202 | Spradling v. Claiborne County Jail et al |
| 3:19-cv-212 | Hall v. Twitty et al |

| 3:19-cv-476 | Brown v. Nichols et al |
|---|---|
| 3:19-cv-502 | Hannah Michell Blackwell v. United States of America |
| 3:20-cv-25 | Justin Kyle Phelps v. United States of America |
| 3:20-cv-97 | Nelson v. Genovese |
| 3:20-cv-114 | Keith L. Bird v. United States of America |
| 3:20-cv-122 | Anthony Graham v. United States of America |
| 3:20-cv-171 | Taylor v. Bunch et al |
| 3:20-cv-199 | Wlodarz v. Centurion of Tennessee, LLC et al |
| 3:20-cv-254 | Jody Love v. United States of America |
| 3:20-cv-271 | Cates v. Stevens |
| 3:20-cv-297 | Dawson v. Oak Ridge Police Department |
| 3:20-cv-355 | Cosper v. Tennessee Department of Corrections et al |
| 3:20-cv-372 | Teffeteller v. Hall et al |
| 3:20-cv-400 | Brown v. Grainger County Sheriff's Office et al |
| 4:19-cv-75 | Stone v. Genovese |
| 4:20-cv-36 | Fults v. County Jail Administration et al |

The following cases are **REASSIGNED** to the undersigned.

| Case No. | Case Name |
|---|---|
| 1:16-cv-19 | Ayers v. Guy et al |
| 1:18-cv-40 | Nan Hanks & Associates, Inc. v. The Original Footwear Company, Inc. |
| 1:18-cv-81 | Cordell v. City of Dunlap |
| 1:18-cv-91 | Simmons v. Hamilton County, TN |
| 1:18-cv-127 | Lewis v. Unum Life Insurance Company of America |
| 1:18-cv-225 | Moser v. Etowah Police Department et al |
| 1:18-cv-254 | Tennessee Riverkeeper, Inc. v. Hamilton County Wastewater Treatment Authority |
| 1:19-cv-24 | City of Taylor General Employees Retirement System v. Astec Industries, Inc. et al |
| 1:19-cv-35 | Creditcorp and Check Into Cash, Inc. v. Berkley Regional Insurance Company |
| 1:19-cv-60 | Richard Tabizon v. Covenant Transport, Inc. |
| 1:19-cv-96 | Olah v. Unum Life Insurance Company et al |
| 1:19-cv-108 | Yates v. Community Options, Inc. |
| 1:19-cv-117 | Lattimer et al v. FCA US, LLC |
| 1:19-cv-162 | Casto v. Unum Life Insurance Company of America et al |
| 1:19-cv-183 | Riverport Insurance Company v. Advent Home Learning Center, Inc. et al |
| 1:19-cv-187 | Ramirez v. America Midwest Transportation, LLC et al |

| | |
|---|---|
| 1:19-cv-232 | Post et al v. Hampton et al |
| 1:19-cv-282 | Rollins et al v. Cole et al |
| 1:19-cv-303 | Moise v. Covenant Transport, Inc. |
| 1:19-cv-340 | Foxtrot Farms, LLC v. HeavenlyRx, Ltd. |
| 1:19-cv-345 | Strickland v. Wal-Mart Stores East, LP, |
| 1:19-cv-350 | Robbins et al v. Schuster Company |
| 1:20-cv-80 | DePriest et al v. Res-Care, Inc. et al |
| 1:20-cv-157 | Loyde-Lee v. Hamilton County |
| 1:20-cv-175 | Pollard v. PJ Cheese, Inc. |
| 1:20-cv-181 | Carson v. Lemonade Insurance Company |
| 1:20-cv-202 | Duncan v. 84 Lumber Company, a Limited Partnership et al |
| 1:20-cv-204 | Morgan v. Hogan Transports, Inc et al |
| 1:20-cv-222 | Kenco Transportation Management, LLC v. Nina Transport, Inc. |
| 1:20-cv-227 | Cross v. Hamilton County Government |
| 1:20-cv-237 | SFDG LLC v. The Cincinnati Insurance Company et al |
| 1:20-cv-248 | Michigan Motor Technologies LLC v. Volkswagen Aktiengesellschaft et al |
| 1:20-cv-263 | Barber et al v. Blazin Wings, Inc. dba Buffalo Wild Wings and Buffalo Wild Wings Grill and Bar |
| 1:20-cv-265 | McDowell v. Commissioner of SSA |
| 2:18-cv-51 | Craig et al v. Sullivan County, Tennessee et al |
| 3:14-cv-132 | EmeraChem Holdings, LLC v. Volkswagen Group of America, Inc et al |
| 3:17-cv-100 | S.P. et al v. Knox County Board of Education et al |
| 3:18-cv-10 | CapitalPlus Equity, LLC v. The Espinosa Group, Inc. et al |
| 3:18-cv-350 | Lexington Insurance Company v. American Homepatient, Inc. |
| 3:18-cv-509 | Gray v. Metropolitan Life Insurance Company et al |
| 3:19-cv-24 | Foster v. Hafner et al |
| 3:19-cv-87 | Ogle v. Honeck et al |
| 3:19-cv-161 | McAllister v. Leffler et al |
| 3:19-cv-179 | Johnson v. Knox County, Tennessee et al |
| 3:19-cv-270 | Mize et al v. Lowe's Home Centers, LLC |
| 3:19-cv-295 | Harrison Construction Company, a Division of APAC-Atlantic, Inc. v. Pangea, Inc et al |
| 3:19-cv-343 | Weitzel v. Melancon et al |
| 3:19-cv-406 | Webb v. Knox County Sheriff |
| 3:19-cv-456 | Wandell v. Cheddar's Casual Cafe, Inc. et al |
| 3:19-cv-507 | Bennett v. Monroe County Sheriff's Department et al |
| 3:20-cv-47 | Bajwa v. Social Security Administration, Commissioner of |
| 3:20-cv-96 | K.K. v. Comer et al |
| 3:20-cv-110 | Baer v. Social Security Administration, Commissioner of |
| 3:20-cv-120 | Wm. S. Trimble Co. Inc. v. Pangea, Inc. et al |

| | |
|---|---|
| 3:20-cv-180 | Tory v. Morgan et al |
| 3:20-cv-204 | The University of Tennessee v. Tennessee Bonding Company |
| 3:20-cv-216 | Abbott v. Social Security Administration, Commissioner of |
| 3:20-cv-227 | Sams v. Wal-Mart Stores East, LP, et al |
| 3:20-cv-255 | United States of America v. Additional Easement Rights et al |
| 3:20-cv-268 | Haney v. Tiller |
| 3:20-cv-342 | Andwin Corporation v. Lab Procurement Services, LLC |
| 3:20-cv-346 | Normile v. Social Security Administration, Commissioner of |
| 3:20-cv-388 | Razek v. Wal-Mart Stores East, L.P. |
| 4:19-cv-7 | Savely v. Bedford County |
| 4:20-cv-34 | Tennessee Riverkeeper, Inc. v. City of Manchester, TN |
| 4:20-cv-35 | Lewis v. Tullahoma Police Department et al |
| 4:20-cv-39 | Zavogiannis v. Erie Insurance Exchange et al |
| 4:20-cv-40 | Silipo v. Hensley |
| 4:20-cv-43 | UTZ Quality Foods, LLC v. Dirty South BBQ Co, LLC, et. al. |

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**